UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X          05 CV 4360 (NG) (CLP)
UNITED STATES OF AMERICA,

                              **Plaintiff,**

    - against -                                               **ORDER**

**JANETTE MOJICA,**

                              **Defendant.**
----------------------------------------------------------------X

**GERSHON, United States District Judge:**

In this action to recover money owed in connection with a student loan, plaintiff, on November 16, 2005, filed a motion for default judgment. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of Court entered a notation of defendant's default on March 30, 2006. The Court now grants judgment by default to plaintiff pursuant to Rule 55(b)(2) and awards plaintiff the following relief: $1,841.00, representing the outstanding principal owed on the loan; $2,118.66, representing pre-judgment interest; $285.00, representing the costs of this action; and $848.92, representing attorney's fees calculated at a flat rate of 20% of the total debt, for a total award of $5,093.58.

The Clerk of Court is directed to enter judgment for plaintiff in the amount of $5,093.58.

                                          **SO ORDERED.**

                                          /S/
                                      **NINA GERSHON**
                                      **United States District Judge**

Dated: Brooklyn, New York
       May 4, 2006